IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRUNLEY CONSTRUCTION COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-655C |
| v. | ) | |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including August 13, 2004, within which to file a response to the complaint filed by plaintiff, Grunley Construction Company. Our response is currently due on June 14, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has represented that plaintiff does not oppose this request.

The requested enlargement of time is necessary because counsel for the United States has not yet received a litigation report from the agency. See 28 U.S.C. § 520. Agency counsel needs additional time to assemble and evaluate relevant records obtained from the contracting officer. Once all available records are located, we will need time to coordinate our response with the agency.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which we may respond to the plaintiff's complaint by 60 days, to and including August 13, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0290
Facsimile: (202) 514-8624

June 7, 2004

Attorneys for Defendant