* * * * * * * *

| | | |
|---|---|---|
| GRUNLEY CONSTRUCTION CO., | * | |
| Plaintiff, | * | No. 04-655C |
| v. | * | Filed: June 10, 2004 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * * *

**ORDER**

Defendant's motion for an extension of time to file its response to plaintiff's complaint is GRANTED. Plaintiff does not object. The Government's response is due August 13.

Robert H. Hodges, Jr.
Judge