# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * | | |
| GRUNLEY CONSTRUCTION CO., | * | |
| Plaintiff, | * | No. 04-655C |
| v. | * | Filed: June 10, 2004 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * * | | |

**ORDER**

Defendant's motion for an extension of time to file its response to plaintiff's complaint is GRANTED. Plaintiff does not object. The Government's response is due August 13.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge