# In the United States Court of Federal Claims

* * * * * * *

GRUNLEY CONSTRUCTION CO., *

Plaintiff, * No. 04-655C

v. * Filed: September 22, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant filed its Answer and affirmative defense on August 12. By now, the parties should have met to discuss the issues set out in Appendix A, including a need for discovery, if any, so that they may make a timely filing of the JPSR by the end of the month. Counsel may contact the court at any time for assistance, if needed. We are available to discuss the merits of this case with counsel if they wish, to suggest means of expediting a resolution of this case, or to help them settle. We ask that the parties follow the schedule described in Appendix A so that this case may proceed efficiently.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge