# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | | |
| GRUNLEY CONSTRUCTION CO., | * | |
| Plaintiff, | * | No. 04-655C |
| v. | * | Filed: December 20, 2004 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | | |

**ORDER**

Counsel request fact discovery through March 1. We will schedule a status conference during that week to discuss the parties' intentions concerning dispositive motions or pretrial matters. If the parties decide before then that filing a dispositive motion is likely, they will notify the court immediately.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge