# In the United States Court of Federal Claims

* * * * * * *

GRUNLEY CONSTRUCTION CO., *

Plaintiff, * No. 04-655C

v. * Filed: December 21, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

This case and No. 04-1368C involve the same contract and similar requests for equitable adjustment. Counsel stated earlier that they did not wish to consolidate the cases; however, we ask that they consider whether the reasons for not consolidating still apply. Counsel should respond no later than January 6.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge