# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| GRUNLEY CONSTRUCTION CO., | * | |
| Plaintiff, | * | No. 04-655C |
| v. | * | Filed: January 4, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

The parties have resolved this case and filed a stipulation for entry of judgment. The Clerk of Court will enter judgment for plaintiff Grunley Construction Company, Case No. 04-655C, in the amount of $7,500, including interest. Each party will bear its own costs, expenses, and attorneys' fees.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge