# In the United States Court of Federal Claims

**No. 04-655 C**

**GRUNLEY CONSTRUCTION CO.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Order, filed January 4, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $7,500.00, including interest. Each party will bear its own costs, expenses, and attorneys' fees.

Brian Bishop
Clerk of Court

**January 6, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.