United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

January 27, 2005

Philip C. Jones, Esq.
Philip Clark, et al.
Six Dock Street
Annapolis, MD 21401

In re: Grunley Construction Co. v. United States, No. 04-655 C

Dear Mr. Jones:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated January 6, 2005, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: Marla Tun Conneely, Esq.
Department of Justice